AO 91 (Rev.11/11) Criminal Complaint

# United States District Court
### for the
# Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff,* ) | |
| ) | Case No.: 4:26-MJ-07115-ACE |
| v. ) | |
| MARCO ANTONIO MURILLO, ) | |
| *Defendant.* ) | |
| ) | |

## CRIMINAL COMPLAINT

I, *Special Agent David R. Steen*, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) April 29, 2026, in the county of Benton in the Eastern District of Washington, the defendant, MARCO ANTONIO MURILLO violated: 21 U.S.C. § 841(a)(1), (b)(1)(C) – *Possession with Intent to Distribute Cocaine*

This complaint is based on these facts:

☒Continued on the attached sheet.

_____
*Complainant's signature*

SA David R. Steen, ATF

_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: __**April 30, 2026**__

City and state: Spokane, Washington

_____
*Judge's signature*

James A. Goeke, United States Magistrate Judge

_____
*Printed name and title*

AUSA: CAB

County: Benton

*In Re Affidavit in Support of Criminal Complaint as to Marco Antonio MURILLO*

State of Washington          )

                                            ss

County of Benton             )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David R. Steen, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint seeking the arrest of Marco Antonio MURILLO ("MURILLO") for Possession with intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).  This statute prohibits persons from knowingly or intentionally possessing with intent to distribute cocaine.  I am aware from training and experience that cocaine is a controlled substance.

2.      I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), currently assigned to the Drug Enforcement Administration ("DEA") Richland, Washington office.  As such, I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) of the Title 18, United States Code ("U.S.C."), that is, an officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

3.      The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement

Affidavit of Special Agent Steen, ATF - 1                    4:26-MJ-07115-ACE

agents or government agencies; (3) evidence collected through investigative operations.  Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4.      Marco Antonio MURILLO ("MURILLO") was identified as a source of cocaine stemming from a multiple month investigation.  On April 29, 2026, law enforcement initiated a traffic stop on a gray Tesla sedan bearing Washington license plate CPS3641 ("Telsa") in Benton County, Washington. Marco Antonio MURILLO ("MURILLO") was identified as the driver and registered owner of the Telsa.

5.      Subsequent to the vehicle stop, a court authorized search was conducted on MURILLO's Telsa.[1]  During that search many items were recovered to include a working digital scale, and a combined total amount of approximately 5.4 pounds of a white powdery substance, contained in several and various sized packages.  A sample was removed from one of the packages which field tested presumptive positive for cocaine.  *Of note* – a Springfield Armoy, model Hellcat, 9mm caliber pistol bearing S/N: BA299916 was also recovered during this search.

6.      I know from training and experience, a subject who is in possession of items such as: a working digital scale, this amount of cocaine stored in several various sized packages, and a firearm are all indicative of being a controlled substance distributor.

---

[1] See 4:26-MJ-7114-ACE.

Affidavit of Special Agent Steen - 2

## CONCLUSION

7.      Based on the foregoing, I submit that there is probable cause to believe that on April 29, 2026, Marco Antonio MURILLO committed the crime of Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1)(b)(1)(C).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
David R. Steen
Special Agent, ATF

Sworn to telephonically and signed electronically on this 30th day of April, 2026.

_____
James A. Goeke
United States Magistrate Judge

Affidavit of Special Agent Steen - 3