Todd Blanche
Acting Attorney General of the United States
Caitlin Baunsgard
Brandon Pang
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 7 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:26-CR-6019-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii), Possession with Intent to Distribute 500 Grams or More of Cocaine (Count 1) |
| MARCO ANTONIO MURILLO, | |
| Defendant. | |
| | 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of Drug Trafficking (Count 2) |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm (Count 3) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about April 29, 2026, in the Eastern District of Washington, the Defendant, MARCO ANTONIO MURILLO, did knowingly possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii).

## COUNT 2

On or about April 29, 2026, in the Eastern District of Washington, the Defendant, MARCO ANTONIO MURILLO, did knowingly possess a firearm, that is: a Springfield Armory Hellcat 9mm pistol bearing serial number BA299916, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1), as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3

On or about April 29, 2026, in the Eastern District of Washington, the Defendant, MARCO ANTONIO MURILLO, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a

INDICTMENT – 2

Springfield Armory Hellcat 9mm pistol bearing serial number BA299916, which had been transported in interstate and foreign commerce, in violation to 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count 1 of this Indictment, the Defendant, MARCO ANTONIO MURILLO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Springfield Armory Hellcat 9mm pistol bearing serial number BA299916

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A) and/or 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Counts 2 and 3 of this Indictment, the Defendant, MARCO ANTONIO MURILLO, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

INDICTMENT – 3

- a Springfield Armory Hellcat 9mm pistol bearing serial number BA299916

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;
b.    has been transferred or sold to, or deposited with, a third party;
c.    has been placed beyond the jurisdiction of the court;
d.    has been substantially diminished in value; or
e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

DATED this _6_ day of May 2026.



Todd Blanche
Acting Attorney General

Alison Gregoire
Criminal Chief

Caitlin Baunsgard
Assistant United States Attorney

Brandon Pang
Assistant United States Attorney

INDICTMENT – 4